1  THIERRY V. BARKLEY, ESQ.
   Nevada Bar No. 724
2  GORDON REES SCULLY
   MANSUKHANI, LLP
3  1 East Liberty Street, Suite 424
   Reno, NV 89501
4  Telephone: (775) 467-2609
   Facsimile: (775) 460-4901
5  E-mail: tbarkley@grsm.com

6  *Attorneys for Defendant Tesla General Insurance, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANYELE BAPTISTA MARQUES, individually,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA GENERAL INSURANCE, INC., a foreign corporation; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No: _____<br><br>District Court Case No. A-25-920509-C<br>DEPT. NO. 29<br><br>**DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT (28 U.S.C. §§ 1441 & 1446)** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:**

Defendant, TESLA GENERAL INSURANCE, INC., ("TESLA"), by and through its undersigned counsel, THIERRY V. BARKLEY, ESQ. of GORDON REES SCULLY MANSUKHANI, LLP, and hereby provides notice of removal of this case from the District Court of Clark County, Nevada, to this Court. This removal is based upon 28 U.S.C. §§ 1441(b) and 1446(b) and on the following grounds:

## JURISDICTION

1. This Court has diversity jurisdiction pursuant to 28 U.S.C. 1441(b) because it is an action between diverse parties, this defendant is not a citizen of the State of Nevada in which this action is pending, and the amount in controversy exceeds $75,000.00.

2. District Court has original jurisdiction in a civil action where the matter in

1. controversy exceeds $75,000.00 and is between citizens of different states. 28 U.S.C. 1332(a).

## PLEADINGS, PROCESS AND ORDERS

3. On June 5, 2025, Plaintiff, ANYELE BAPTISTA MARQUES ("Plaintiff") filed a an initial civil action in the Eighth Judicial District of Clark County, Nevada, entitled *Anyele Baptista Marques v. Tesla Insurance,* Case No. A-25-920509-C, Dept, 29 ("Action").

4. Plaintiff's initial Complaint was not served through the Nevada Division of Insurance, and, Defendant filed a pending Motion to Dismiss the Complaint in accordance with NRCP 12(b)(4) on July 22, 2025, which is still pending for determination by Dept. 29.

5. Plaintiff filed a First Amended Complaint and correctly identified Tesla General Insurance Company, Inc., as the Defendant on July 22, 2025.

6. This action involves a claim by the Plaintiff for a full policy limits under the subject Tesla policy in the amount of $100,000.00 in UM Policy benefits. (First Amended Complaint, ¶¶ 17-18).

## NOTICE OF REMOVAL IS TIMELY

7. On July 30, 2025, service of a copy of the Summons and First Amended Complaint in this action was completed by personal service on the State of Nevada, Commissioner of Insurance as statutory agent for Tesla. [See Affidavit of Counsel].

8. Tesla's registered CT Corporation service of process company Wolters Kluwer did not receive the subject service from the Secretary of State, Department of Insurance until August 6, 2025. So Tesla seeks removal before the 30 days has lapsed after summons was served and received; therefore, the notice of removal is timely. 28 U.S.C. 1446(b).

## VENUE AND INTRADISTRICT ASSIGNMENT

9. The Action was filed in the Clark County District Court of Nevada. Therefore, venue is proper in the Southern Division of the Nevada Federal Court pursuant to 28 U.S.C. 1391, 1441(a) and 1446.

## COMPLETE DIVERSITY EXISTS BETWEEN PLAINTIFF AND DEFENDANT

9. At all relevant times, Plaintiff was a resident of Clark County, Nevada, and is a resident of the State of Nevada.

10. Defendant Tesla General Insurance, Inc., is an Arizona corporation domiciled as a domestic insurer in the State of Arizona with its principal place of business in Fremont, California.

11. The remaining DOE and ROE Defendants are fictitiously named; therefore, their citizenship need tot be considered for purposes of removal. 28 U.S.C. 1441(b)(1).

## THE AMOUNT IN CONTROVERSY REQUIREMENT IS SATISFIED

12. Based on the injures alleged in the Complaint, including the demand letter for policy benefits, establishes the amount in controversy exceeds $75,000.00, exclusive of interest and costs. The Plaintiff alleges in the First Amended Complaint Plaintiff is owed UM benefits in the amount of $100,000.00.

13. Thus, Plaintiff has clearly placed the amount in controversy in excess of $75,000.00.

## NOTICE TO PLAINTIFF

14. Pursuant to 28 U.S.C. 1446(d), written notice of the filing to this Notice of Removal will be given by the undersigned to Plaintiff's counsel of record, PAUL A. SHPIRT, ESQ., and a copy of the Notice of Removal will be filed with the Clerk of the District Court of Clark County, Nevada.

15. THEREFORE, Defendant respectfully requests that the above-captioned action pending in the District Court of Clark County, Nevada, Case No. A-25-920509-C, Dept. No. 29, be removed from that Court to this Court.

DATED this 5th day of September, 2025.

GORDON REES SCULLY MANSUKHANI, LLP

By: _____
THIERRY V. BARKLEY, ESQ.
Nevada Bar No. 724
1 East Liberty Street, Suite 424
Reno, NV 89501
Telephone: (775) 467-2609
Facsimile: (775) 460-4901
tbarkley@grsm.com

*Attorneys for Defendant*
*Tesla General Insurance, Inc.*

## **CERTIFICATE OF SERVICE**

Pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, I hereby certify that I am an employee of Gordon Rees Scully Mansukhani and that on this date, I served a true and correct copy of the attached document(s) as follows:

\_\_\_\_\_ By placing the document(s) in a sealed envelope with first-class U.S. postage prepaid, and depositing it for mailing with the U.S. Postal Service in Reno, Nevada addressed to the person at the address listed below.

__XX__ By electronic service. By filing the document with the court's electronic filing and service system which serves counsel listed below electronically.

\_\_\_\_\_ By personally delivering the document(s) listed above, addressed to the person at the address as set forth below.

\_\_\_\_\_ By Federal Express.

\_\_\_\_\_ By facsimile.

Steve Dimopoulos, Esq.
Paul Shpirt, Esq.
Dimopoulos Injury Law
6671 South Las Vegas Blvd., Suite 275
Las Vegas, NV 89119
*Attorneys for Plaintiff*

DATED this 5th day of September, 2025.

/s/ Sam Baker
Sam Baker

# INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Affidavit of counsel |
|  |  |