# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANYELE BAPTISTA MARQUES,<br><br>Plaintiffs<br><br>v.<br><br>TESLA GENERAL INSURANCE, INC.,<br><br>Defendant | Case No.: 2:25-cv-01658-APG-EJY<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendant Tesla General Insurance, Inc.'s certificate of interested parties (ECF No. 5) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the defendant's citizenship as required by that rule.

I FURTHER ORDER the defendant to file a proper certificate of interested parties by September 30, 2025.

DATED this 17th day of September, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE