THIERRY V. BARKLEY, ESQ.
Nevada Bar No. 724
GORDON REES SCULLY MANSUKHANI, LLP
1 East Liberty Street, Suite 424
Reno, NV 89501
Telephone: (775) 467-2609
Facsimile: (775) 460-4901
E-mail: tbarkley@grsm.com

*Attorneys for Defendant Tesla General Insurance*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANYELE BAPTISA MARQUES,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA GENERAL INSURANCE, INC., a Foreign corporation, et.<br><br>Defendant. | CASE NO. 2:25-cv-01658-APG-EJY<br><br>**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES** |

TO:   THE COURT, PLAINTIFF, AND HER ATTORNEYS OF RECORD

The undersigned counsel for the Defendant certifies that the following disclosures provided pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Tesla General Insurance, Inc. is a wholly owned subsidiary of Tesla Insurance Company. Tesla Insurance Company is a wholly owned subsidiary of Tesla Insurance Holdings, LLC.  Tesla, Inc. is the parent

///

///

///

///

///

///

///

///

-1-

1  corporation which is a publicly held corporation owning more than 10% of the stock in said
2  subsidiaries.
3      Tesla General Insurance, Inc. is an Arizona domesticated insurer with its principal place
4  of business in Fremont, California. Under 28 USC 1322 ( c)(1) and Section 1441 Tesla General
5  Insurance, Inc. should be deemed to be a Citizen of both Arizona and California.
6      DATED this 17th day of September, 2025.

GORDON REES SCULLY MANSUKHANI, LLP

By: _____
THIERRY V. BARKLEY, ESQ.
Nevada Bar No. 724
1 East Liberty Street, Suite 424
Reno, NV 89501
Telephone: (775) 467-2609
Facsimile: (775) 460-4901
tbarkley@grsm.com

*Attorneys for Defendant*
*Tesla General Insurance, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, I hereby certify that I am an employee of Gordon Rees Scully Mansukhani and that on this date, I served a true and correct copy of the attached document(s) as follows:

____ By placing the document(s) in a sealed envelope with first-class U.S. postage prepaid, and depositing it for mailing with the U.S. Postal Service in Reno, Nevada addressed to the person at the address listed below.

__XX__ By electronic service. By filing the document with the court's electronic filing system which serves counsel listed below electronically.

____ By personally delivering the document(s) listed above, addressed to the person at the address as set forth below.

____ By Federal Express.

____ By facsimile.

Paul A. Shpirt, Esq.
DIMOPOULOS INJURY LAW
400 S. 4th Street, Suite 400
Las Vegas, Nevada 89101
Attorney for Plaintiff

DATED this 19th day of September, 2025.

_____
Sam Baker

-3-