STEVE DIMOPOULOS, ESQ.
Nevada Bar No. 12729
SAMANTHA A. MARTIN, ESQ.
Nevada Bar No. 12298
DIMOPOULOS INJURY LAW
400 S. 7th St., Suite 400
Las Vegas, Nevada 89101
O: (702) 800-6000
F: (702) 224-2114
sam@stevedimopoulos.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANYELE BAPTISTA MARQUES, individually,<br><br>    Plaintiffs,<br><br>    vs.<br><br>TESLA GENERAL INSURANCE, INC.; a foreign corporation; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>    Defendants. | CASE NO.:    2:25-cv-01658-APG-EJY |

**STIPULATION AND ORDER TO EXTEND DISCOVERY**
**(FIRST REQUEST)**

**A.    Prior Procedural History**

The parties have participated in the following discovery to date:

1.    The parties have exchanged initial and supplemental disclosures of witnesses and exhibits.

2.    The parties have propounded and responded to written discovery, including multiple sets of interrogatories, requests for production and requests for admission.

3.    The parties have disclosed initial and rebuttal expert witnesses.

4.    The parties have completed the following depositions:



a.      Monica Sanchez – 2/23/26

b.      Anyele Baptista Marques – 3/10/26

**B.      Remaining Discovery**

1.      Plaintiff needs to take the deposition of the owner of the subject vehicle, Maris Araujo.  Ms. Araujo has not participated in discovery and has not communicated with counsel for Tesla.  It is anticipated that Plaintiff will have to subpoena Ms. Araujo for her deposition rather than notice her deposition through counsel for Tesla.

**C.      Reasons Why Remaining Discovery Has Not Been Completed**

The parties have completed all depositions with the exception of the owner of the subject Tesla.  Both Samantha A. Martin, Esq. and David Martin, Esq. are newly assigned to this case and have been working together diligently to schedule the remaining depositions.   This case stems from a dispute about who actually owned the subject Tesla and the testimony of Maris Araujo is crucial for determining this issue. Prior to Ms. Martin appearing for Plaintiff, the deposition of Ms. Araujo had been noticed but she had not been properly served via subpoena. At that time, counsel for the parties discussed potentially rescheduling Ms. Araujo's deposition via subpoena, depending on Plaintiff's testimony at her deposition.  Following Plaintiff's deposition, counsel for the parties determined that Ms. Araujo's testimony would be necessary to support the parties various claims and defenses.  The parties are not seeking to fully reopen discovery and are only seeking a brief continuance of the dates to allow for the subpoena deposition of Ms. Maris Arajuo.

Therefore, the parties are requesting until May 15, 2026, in which to complete discovery, solely to take the deposition of Ms. Maris Araujo.

**D.      Proposed Schedule of Discovery**

| | |
|---|---|
| Close of Discovery | 05/15/2026 |
| Last Day to Amend Pleadings or Add Parties | Closed |
| Expert Witness Disclosure Deadline | Closed |
| Rebuttal Expert Witness Disclosure Deadline | Closed |

| Last Day to File Dispositive Motions | 04/03/2026 (no change) |
| Last Day to File Joint Pretrial Order | 05/04/2026 (no change) |

This stipulation is made in good faith and not for the purpose of delay.

DATED this 19th day of March, 2026.

**DIMOPOULOS INJURY LAW**

*/s/ Samantha A. Martin*

_____

SAMANTHA A. MARTIN, ESQ.
Nevada Bar No. 12298
400 S. 7th St., Suite 400
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

DATED this 19th day of March, 2026.

**GORDON REES SCULLY MANSUKHANI**

*/s/ David J. Martin*

_____

DAVID J. MARTIN, ESQ.
Nevada Bar No.
3 Parkcenter Drive, Suite 200
Sacramento, CA 95825
*Attorney for Defendant*

### ORDER

**It is so ordered.**

DATED this 20th day of March, 2026.

_____
U.S. MAGISTRATE JUDGE