STEVE DIMOPOULOS, ESQ.
Nevada Bar No. 12729
SAMANTHA A. MARTIN, ESQ.
Nevada Bar No. 12298
DIMOPOULOS INJURY LAW
400 S. 7th St., Suite 400
Las Vegas, Nevada 89101
O: (702) 800-6000
F: (702) 224-2114
sam@stevedimopoulos.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ANYELE BAPTISTA MARQUES, individually,

    Plaintiffs,

    vs.

TESLA GENERAL INSURANCE, INC.; a foreign corporation; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,

    Defendants.

CASE NO.:    2:25-cv-01658-APG-EJY

**STIPULATION AND ORDER**

    IT IS HEREBY STIPULATED AND AGREED between the parties, through their counsel of record, that Plaintiff's response to Defendant's Motion for Summary Judgment (ECF 19) shall be due on May 8, 2026.

/ / /

/ / /

/ / /

IT IS FURTHER STIPULATED AND AGREED between the parties that Defendant's Reply in Support of Defendant's Motion for Summary Judgment (ECF 19) shall be due on May 22, 2026.

DATED this 24th day of April, 2026.                    DATED this 24th day of April, 2026.

**DIMOPOULOS INJURY LAW**                              **GORDON REES SCULLY MANSUKHANI**

*/s/ Samantha A. Martin*                               */s/ David J. Martin*

_____                     _____
SAMANTHA A. MARTIN, ESQ.                               DAVID J. MARTIN, ESQ.
Nevada Bar No. 12298                                   Nevada Bar No.
400 S. 7th St., Suite 400                              3 Parkcenter Drive, Suite 200
Las Vegas, Nevada 89101                                Sacramento, CA 95825
*Attorneys for Plaintiff*                              *Attorney for Defendant*

## ORDER

**It is so ordered.**

DATED this 27th day of April, 2026.

_____
ANDREW P. GORDON
CHIEF U.S. DISTRICT JUDGE

SUBMITTED BY:
**DIMOPOULOS INJURY LAW**

*/s/ Samantha A. Martin*

_____
SAMANTHA A. MARTIN, ESQ.
Nevada Bar No. 12298
400 S. 7th St., Suite 400
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

RICHARD HARRIS LAW FIRM